**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

ISAIAS GONZALEZ-MAYA,

               Petitioner,

    v.

ERIC H. HOLDER, Jr., Attorney General,

               Respondent.

No. 10-70131

Agency No. A072-532-862

MEMORANDUM[*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted July 12, 2011[**]

Before:    SCHROEDER, ALARCÓN, and LEAVY, Circuit Judges.

    Isaias Gonzalez-Maya, a native and citizen of Mexico, petitions pro se for

review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal

from an immigration judge's decision denying his motion to reopen proceedings

conducted in absentia.  We have jurisdiction under 8 U.S.C. § 1252.  We review

---

    [*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

    [**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

for abuse of discretion the denial of a motion to reopen, *Salta v. INS*, 314 F.3d 1076, 1078 (9th Cir. 2002), and we deny the petition for review.

The agency did not abuse its discretion in denying the motion to reopen on the ground that Gonzalez-Maya failed to demonstrate that personal service of the Order to Show Cause provided him insufficient notice of his hearing. *See Khan v. Ashcroft*, 374 F.3d 825, 829 (9th Cir. 2004).

**PETITION FOR REVIEW DENIED.**

10-70131